Alexander K. Davison WSB#5-2492
Michael M. Roley WSB #8-6927
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001
(307) 635-4111
alex@pattondavison.com
michael@pattondavison.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUPPLYBIT, LLC<br><br>      Plaintiff,<br><br>vs.<br><br>ELITE MINING, INC. and ELITE MOBILE UNITS, INC.<br><br>      Defendants. | Case No. 23-cv-00077-ABJ<br><br>Disclosure of Corporate Affiliations, Financial Interest, and Business Citizenship |

## DISCLOSURE OF CORPORATE AFFILIATIONS,
## FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Elite Mining, Inc. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

[INSTRUCTIONS:  Check the applicable box or boxes, and fill in any required information]

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

        If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

        If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

        If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

        If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

        If yes, identify the members of the entity and their states of citizenship:

Additional Information:

    Elite Mobile Units, Inc. is a subsidiary of Elite Mining, Inc.

DATED this 31st day of July, 2023.

                                                  ELITE MINING, INC.

                                By: /s/ Michael M. Roley
                                    Alexander K. Davison WSB#5-2492
                                    Michael M. Roley WSB #8-6927
                                    PATTON & DAVISON LLC
                                    1920 Thomes Avenue, Suite 600
                                    Cheyenne, Wyoming 82001
                                    (307) 635-4111
                                    alex@pattondavison.com
                                    michael@pattondavison.com
                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2023, a true and correct copy of the foregoing was served on the following by the indicated method:

| Party | Method |
|---|---|
| Mistee L. Elliot<br>Casey R. Terrell<br>CROWLEY FLECK, PPLP<br>101 W. Brundage St.<br>Sheridan, WY 82801<br>melliott@crowleyfleck.com<br>cterrell@crowleyfleck.com | ☒ U.S. MAIL AND EMAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☒ E-FILE |
| Zacharry Ziliak<br>James E. Griffith<br>Ryan Zeller<br>Ashley D. Pendleton<br>ZILIAK LAW, LLC<br>141 W. Jackson Blvd., Ste. 4048<br>Chicago, Illinois 60604<br>zachary@ziliak.com<br>jgriffith@ziliak.com<br>rzeller@ziliak.com<br>apendleton@ziliak.com | ☒ U.S. MAIL AND EMAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ E-FILE |

                                                /s/ Michael M. Roley
                                                PATTON & DAVISON LLC