Mistee L. Elliott (Bar #6-3540)
Casey R. Terrell (Bar #7-6088)
CROWLEY FLECK, PLLP
101 W. Brundage St.
Sheridan, WY 82801
Tel: (307) 673-3000
melliott@crowleyfleck.com
cterrell@crowleyfleck.com

Zachary Ziliak
James E. Griffith (pro hac vice forthcoming)
Ryan Zeller (pro hac vice forthcoming)
Ashley D. Pendleton (pro hac vice forthcoming)
ZILIAK LAW, LLC
141 W. Jackson Blvd, Ste. 4048
Chicago, Illinois 60604
Tel:  312.462.3350
zachary@ziliak.com
jgriffith@ziliak.com
rzeller@ziliak.com
apendleton@ziliak.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| SUPPLYBIT, LLC<br><br>            Plaintiff,<br><br>v.<br><br>ELITE MINING, INC. and ELITE MOBILE UNITS, INC.<br><br>            Defendants. | Case No. 23-cv-00077-ABJ<br><br>Jury Trial Demanded |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff Supplybit, LLC makes the following disclosure:

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**                                                                   **PAGE 1**

No parent corporation of Supplybit, LLC exists nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted this 31st day of July, 2023.

**CROWLEY FLECK PLLP**

By:   /s/ Casey R. Terrell
Mistee L. Elliott (Bar #6-3540)
Casey R. Terrell (Bar #7-6088)
CROWLEY FLECK, PLLP
101 W. Brundage St.
Sheridan, WY 82801
Tel: (307) 673-3000
melliott@crowleyfleck.com
cterrell@crowleyfleck.com

AND

Zachary Ziliak
James E. Griffith *(pro hac vice forthcoming)*
Ryan Zeller *(pro hac vice forthcoming)*
Ashley D. Pendleton *(pro hac vice forthcoming)*
ZILIAK LAW, LLC
141 W. Jackson Blvd, Ste. 4048
Chicago, Illinois 60604
Tel:  312.462.3350
zachary@ziliak.com
jgriffith@ziliak.com
rzeller@ziliak.com
apendleton@ziliak.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 31st day of July, 2023, a true and correct copy of the foregoing was addressed to and served upon the following via United States mail:

>Elite Mining, Inc.
>c/o Justin Podhola, Registered Agent
>1721 Ames Avenue
>Cheyenne, WY 82001
>
>Alexander Davison
>Michael Roley
>Patton and Davison, LLC
>1920 Thomes Avenue, Suite 600
>Cheyenne, WY 82001
>alex@pattondavison.com
>michael@pattondavison.com
>*Also Served Via CM-ECF*

>>/s/ Casey R. Terrell
>>CROWLEY FLECK PLLP

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**                                                                                 **PAGE 3**