IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUPPLYBIT, LLC<br><br>Plaintiff,<br><br>v.<br><br>ELITE MINING, INC. and ELITE MOBILE UNITS, INC.<br><br>Defendants. | Case No. 23-CV-77-ABJ |

**SUMMONS AND NOTICE OF PUBLICATION**

TO: ELITE MOBILE UNITS, INC.

YOU ARE HEREBY SUMMONED to answer the Complaint in this action which is filed in the Office of the Clerk of this Court, and to file your Answer and serve a copy thereof upon Plaintiff's attorney within twenty-one (21) days after the service of this Summons, exclusive of the day of service; and in case of your failure to appear or answer, judgment will be taken against you by default, for the relief demanded in the Complaint.

The object of this action is for a breach of contract claim, as described in Plaintiff's Complaint.

DATED this 23rd day of August, 2023.

[Court Seal]

CLERK OF COURT

By: _____
(Deputy) Clerk