IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUPPLYBIT, LLC<br><br>   Plaintiff,<br><br>v.<br><br>ELITE MINING, INC. and ELITE MOBILE UNITS, INC.<br><br>   Defendants. | Case No. 23-cv-00077-ABJ<br><br>Joint Motion to Stay Proceedings |

  COME NOW Plaintiff, Supplybit LLC ("Supplybit"), a Delaware limited liability company, and Defendants, Elite Mining, Inc. ("Elite Mining") and Elite Mobile Units, Inc. ("Elite Mobile"), both Wyoming corporations, by and through their respective counsel of record, and jointly move the Court to stay proceedings while retaining jurisdiction over the case, including enforcement of the settlement agreement reached by the parties. In support of this motion, the parties state as follows:

  1. After engaging in settlement discussions, the parties have reached a settlement agreement that foresees dismissal of all claims upon delivery of certain consideration. This delivery is expected to take place by December 17, 2024.

  2. In light of the pending delivery anticipated by the settlement agreement, the parties jointly ask this Court to stay all proceedings while retaining jurisdiction over the case. In particular, the parties request that the Court retain jurisdiction over enforcement of the settlement agreement reached by the parties to ensure that the aforementioned delivery is accomplished before the case is dismissed.

WHEREFORE, the parties pray that the Court stay all proceedings while retaining jurisdiction over the case, including enforcement of the settlement agreement reached by the parties, and issue an order substantially in the form of the proposed order attached hereto as Exhibit A.

DATED this 25 day of June, 2024.

          Respectfully submitted,

          SUPPLYBIT, LLC

          By: */s/ Casey R. Terrell*
          Khale J. Lenhart (Bar #7-4581)
          Casey R. Terrell (Bar #7-6088)
          HIRST APPLEGATE, LLP
          1720 Carey Ave #400
          Cheyenne, WY 82001
          (307) 632-0541
          klenhart@hirstapplegate.com
          cterrell@hirstapplegate.com

          AND

          Zachary Ziliak
          James E. Griffith
          Ryan Zeller
          Ashley D. Pendleton
          ZILIAK LAW, LLC
          141 W. Jackson Blvd, Ste. 4048
          Chicago, Illinois 60604
          T: 312.462.3350
          zachary@ziliak.com
          jgriffith@ziliak.com
          rzeller@ziliak.com
          apendleton@ziliak.com
          Attorneys for Plaintiff

          AND

          By: */s/ Michael M. Roley*
          Alexander K. Davison (Bar #5-2492)
          Michael M. Roley (Bar #8-6927)
          PATTON & DAVISON LLC
          1920 Thomes Avenue, Suite 600

Cheyenne, Wyoming 82001
(307) 635-4111
alex@pattondavison.com
michael@pattondavison.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned does certify that on the 25 day of June, 2024, a true and correct copy of the foregoing was addressed to and served upon the following via CM-ECF:

Alexander K. Davison WSB#5-2492
Michael M. Roley WSB #8-6927
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001
(307) 635-4111
alex@pattondavison.com
michael@pattondavison.com
Attorneys for Defendants

/s/ Casey R. Terrell
Hirst Applegate, LLP