IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUPPLYBIT, LLC<br><br>  Plaintiff,<br><br>vs.<br><br>ELITE MINING, INC. and ELITE MOBILE UNITS, INC.<br><br>  Defendants. | Case No. 23-cv-00077-ABJ |

## JOINT STATUS REPORT

Plaintiff Supplybit, LLC and Defendants Elite Mining, Inc. and Elite Mobile Units, Inc., by and through their respective counsel, hereby submit this Joint Status Report and state as follows:

### A. The Settlement Status

A signed settlement agreement is in place. The agreement envisions delivery of computing hardware and eight payments from Defendants to Plaintiff. As of the date of this Joint Status Report, the computing hardware has been delivered, and received by the Plaintiff, and the first six payments have been made, and received by Plaintiff within five days of their respective due dates in accordance with the settlement agreement. Two payments remain. The final payment is due on December 17, 2024. The parties anticipate dismissing the case in full upon delivery of this final payment. Accordingly, the parties request that the Court set status for the week of December 23, 2024, or as soon thereafter as would be convenient for the Court.

Respectfully submitted,

**SUPPLYBIT, LLC**

By: /s/ Casey R. Terrell                    11/01/2024
  Casey R. Terrell (Bar #7-6088)         Date
  Khale J. Lenhart (Bar #7-4581)

1

Hirst Applegate, LLP
1720 Carey Ave #400
Cheyenne, WY 82001
(307) 632-0541
cterrell@hirstapplegate.com
klenhart@hirstapplegate.com

AND

By: /s/ James E. Griffith                    11/01/2024
    James E. Griffith, *Pro Hac Vice*         Date
    Ashley D. Pendleton, *Pro Hac Vice*
    Ziliak Law, LLC
    141 W. Jackson Blvd., Ste. 4048
    Chicago, Illinois 60604
    (312) 462-3350
    jgriffith@ziliak.com
    apendleton@ziliak.com

    *Attorneys for Plaintiff*

**ELITE MINING, INC. & ELITE MOBILE UNITS, INC**

By: /s/ Michael M. Roley                    11/01/2024
    Alexander K. Davison (Bar #5-2492)    Date
    Michael M. Roley (Bar #8-6927)
    Patton & Davison LLC
    1920 Thomes Avenue, Suite 600
    Cheyenne, Wyoming 82001
    (307) 635-4111
    alex@pattondavison.com
    michael@pattondavison.com

    *Attorneys for Defendants*