Alexander K. Davison WSB#5-2492
Michael M. Roley WSB #8-6927
PATTON & DAVISON LLC
1920 Thomes Avenue, Suite 600
Cheyenne, Wyoming 82001
(307) 635-4111
alex@pattondavison.com
michael@pattondavison.com
Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUPPLYBIT, LLC<br><br>      Plaintiff,<br><br>vs.<br><br>ELITE MINING, INC. and ELITE MOBILE UNITS, INC.<br><br>      Defendants. | Case No. 23-cv-00077-ABJ<br><br>Motion to Withdraw as Co-Counsel |

**COMES NOW**, the Defendants, Elite Mining, Inc. and Elite Mobile Units, Inc., by and through their attorney, Michael M. Roley, of Patton & Davison LLC, hereby and moves this Court for an order allowing his withdrawal as co-counsel stating as follows:

1. Undersigned counsel will be leaving the firm of Patton & Davison on December 20, 2024 and relocating out-of-state.

2. Alexander K. Davison remains counsel for Defendants.

3. The interests of Defendants are not impacted by the withdrawal of undersigned counsel.

4. Undersigned counsel further files this motion in an effort to put the Court and all parties on notice for service of pleadings, future correspondence, and to lessen any procedural confusion in this case.

DATED this 19th day of December 2024.

                                          ELITE MINING, INC. AND ELITE MOBILE UNITS, INC.

                                      By: */s/ Michael M. Roley*
                                          Alexander K. Davison WSB#5-2492
                                          Michael M. Roley WSB #8-6927
                                          PATTON & DAVISON LLC
                                          1920 Thomes Avenue, Suite 600
                                          Cheyenne, Wyoming 82001
                                          (307) 635-4111
                                          alex@pattondavison.com
                                          michael@pattondavison.com
                                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December, 2023, a true and correct copy of the foregoing was served on the following by the indicated method:

| | |
|---|---|
| Mistee L. Elliot<br>Casey R. Terrell<br>CROWLEY FLECK, PPLP<br>101 W. Brundage St.<br>Sheridan, WY 82801<br>melliott@crowleyfleck.com<br>cterrell@crowleyfleck.com | ☒ U.S. MAIL AND EMAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☒ E-FILE |
| Zacharry Ziliak<br>James E. Griffith<br>Ryan Zeller<br>Ashley D. Pendleton<br>ZILIAK LAW, LLC<br>141 W. Jackson Blvd., Ste. 4048<br>Chicago, Illinois 60604<br>zachary@ziliak.com<br>jgriffith@ziliak.com<br>rzeller@ziliak.com<br>apendleton@ziliak.com | ☒ U.S. MAIL AND EMAIL<br>☐ FED EX<br>☐ FAX<br>☐ HAND DELIVERED<br>☐ E-FILE |

*/s/ Michael M. Roley*
PATTON & DAVISON LLC