**FILED**



*9:56 am, 1/7/25*

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

Supplybit LLC

                          Plaintiff,

vs.                                  Case Number: 2:23-CV-00077-ABJ

Elite Mining Inc et al

                          Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 01/07/2025    Time: 9:35am - 9:54am

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Ani Zotti |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Casey Terrell
                                      Ryan Zeller

Attorney(s) for Defendant(s)    Alex Davison

Other:

Hearing held by Zoom video conference.
The Court heard from Mr. Terrell, Mr. Zeller and Mr. Davison.
Final settlement payment is pending but Defendants are awaiting guidance on where to send it.
Plaintiff has terminated the Ziliak firm who claims they are entitled to the payments.
The Court suggests that the payment be deposited into an escrow account subject to the resolution of the dispute for attorney fees.
Order to follow. Further status to be set for 2/3/25 at 9:30 AM.