

**FILED**

**Margaret Botkins**
**Clerk of Court**

9:26 am, 1/9/25

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

SUPPLYBIT, LLC,

    Plaintiff,

VS.

ELITE MINING, INC. and LITE MOBILE UNITS, INC.

    Defendants.

Case No. 2:23-CV-77

## ORDER CONCERNING DISPERSAL OF SETTLEMENT FUNDS

This matter comes before us following the status conference on January 7, 2025 (ECF No. 45). Plaintiff filed suit against Defendants for breach of contract on May 2, 2023 (ECF No. 1), and the case has proceeded over the past year and a half. During the status conference on January 7th of this year, parties stated that they had conferred out of court and reached a settlement agreement, which is currently in the process of being distributed. According to Plaintiff's former counsel, Plaintiff has recently selected new counsel to represent them going forward. However, this selection of new counsel has complicated the payment of fees, and Defendant's counsel has stated that they are unsure of how to disburse the final payment required by the settlement agreement.

Considering the background mentioned above, and as stated in the January 7th hearing, we **HEREBY ORDER** that Plaintiff shall have until February 3, 2025, to

establish an escrow account for the remaining sum in full settlement of the dispute between Plaintiff and Defendants. **IT IS FURTHER ORDERED** that Dismissal of the Defendants, pursuant to the signed settlement agreement, shall take place on or before February 3, 2025. Former counsel for Plaintiff may proceed to perfect their lien for attorneys' fees and expenses related to this matter. Plaintiff may assert any defenses to those claims in a court possessing authority to hear them.

Dated this 8th day of January, 2025.

Alan B. Johnson
United States District Judge