**KHALE J. LENHART, #7-4581**
**CASEY R. TERRELL, #7-6088**
Hirst Applegate, LLP
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
cterrell@hirstapplegate.com

**ZACHARY ZILIAK**
**JAMES E. GRIFFITH,** *(admitted pro hac vice)*
**RYAN ZELLER,** *(admitted pro hac vice)*
**ASHLEY D. PENDLETON,** *(admitted pro hac vice)*
Ziliak Law, LLC
141 W. Jackson Blvd., Suite 4048
Chicago, IL  60604
Phone: 312-462-3350
zachary@ziliak.com
jgriffith@ziliak.com
rzeller@ziliak.com
apendleton@ziliak.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| SUPPLYBIT, LLC, | } |
| Plaintiff, | } |
| vs. | } Civil No. 23-CV-00077-ABJ |
| ELITE MINING, INC. and ELITE MOBILE UNITS, INC., | } |
| Defendants. | } |

## *STIPULATION OF DISMISSAL WITH PREJUDICE*

Hirst Applegate, LLP
Law Offices
P.O. Box 1083
Cheyenne, Wyoming 82003-1083

– 2 –

Plaintiff, Supplybit, LLC, and Defendants Elite Mining, Inc. and Elite Mobile Units, Inc., through undersigned counsel, hereby stipulate and agree that all claims asserted in this matter be dismissed with prejudice, with each party to bear their own costs and fees.

Dated: January 31, 2025

SUPPLYBIT, LLC, Plaintiff

BY: */s/ Casey R. Terrell*
**KHALE J. LENHART, #7-4581**
**CASEY R. TERRELL, #7-6088**
Hirst Applegate, LLP
Attorneys for Plaintiff
P. O. Box 1083
Cheyenne, WY 82003-1083
Phone: (307) 632-0541
Fax: (307) 632-4999
klenhart@hirstapplegate.com
cterrell@hirstapplegate.com

and

**ZACHARY ZILIAK**
**JAMES E. GRIFFITH,** *(admitted pro hac vice)*
**RYAN ZELLER,** *(admitted pro hac vice)*
**ASHLEY D. PENDLETON,** *(admitted pro hac vice)*
Ziliak Law, LLC
141 W. Jackson Blvd., Suite 4048
Chicago, IL 60604
Phone: 312-462-3350
zachary@ziliak.com
jgriffith@ziliak.com
rzeller@ziliak.com
apendleton@ziliak.com

Dated: January 31, 2025

ELITE MINING, INC. and
ELITE MOBILE UNITS, INC.,
Defendants

BY: */s/ Alexander K. Davison*
**ALEXANDER K. DAVISON**
Patton & Davison, LLC
Attorney for Defendant
1920 Thomes Avenue, Suite 600
Cheyenne, WY 82001
Phone: (307) 635-4111
Fax: (307) 635-6904
alex@pattondavison.com